IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| SAMUEL SAN MIGUEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MARSHA McLANE, | ) |
| *TCCO Executive Director, et al.*, | ) |
| | ) |
| Defendants. | ) Civil Action No. 5:19-CV-199-C-BQ |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising that Plaintiff's Motions for a Preliminary Injunction and Temporary Retraining Order should be denied. Plaintiff has failed to file any objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Plaintiff's Motions for a Preliminary Injunction and Temporary Restraining Order are hereby **DENIED**. *See* Docs. 4, 17.

SO ORDERED this 12th day of December, 2019.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE