IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

SAMUEL SAN MIGUEL, )
)
Plaintiff, )
)
v. )
)
MARSHA McLANE, )
*TCCO Executive Director, et al.*, )
)
Defendants. ) Civil Action No. 5:19-CV-199-C-BQ

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising that Plaintiff's Motions for a Preliminary Injunction and Temporary Retraining Order should be denied.

The Court conducts a *de novo* review of those portions of the Magistrate Judge's report or specified proposed findings or recommendations to which a timely objection is made.[1] 28 U.S.C. § 636(b)(1)(C). Portions of the report or proposed findings or recommendations that are not the subject of a timely objection will be accepted by the Court unless they are clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

After due consideration and having conducted a *de novo* review, the Court finds that Plaintiff's objections should be **OVERRULED**. The Court has further conducted an independent review of the Magistrate Judge's findings and conclusions and finds no error. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby

---

[1] Plaintiff filed objections to the Magistrate Judge's Report and Recommendation on December 18, 2019.

**ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Plaintiff's Motions for a Preliminary Injunction and Temporary Restraining Order are hereby **DENIED**. *See* Docs. 4, 17.

SO ORDERED this 14th day of January, 2020.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE